**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 04-7690**

───────────

BYRON D. SMITH,

Plaintiff - Appellant,

versus

EDDIE PEARSON, Warden; D. B. EVERETT,
Assistant Warden of Operation; R. SPEIGHT,
Safety Inspector; HOUSTON SHIFLETT, Unit
Manager, Building 2; MR. HAWKES, Unit Manager,
Building 2; BENJAMIN ULEP, Head Doctor; WANDA
ROLLINS, Operations Officer; MR. LIPTROTT,
Unit Sargent,

Defendants - Appellees,

and

SUSSEX STATE PRISON,

Defendant.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior
District Judge. (CA-03-338)

───────────

Submitted: February 9, 2005          Decided: February 16, 2005

───────────

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

Byron D. Smith, Appellant Pro Se.  Philip Carlton Hollowell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Edward Joseph McNelis, III, Coreen Antoinette Bromfield, John David McChesney, Ashton Marie Jennette, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Byron D. Smith appeals the district court order granting the defendants' motion for summary judgment and dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Smith v. Pearson</u>, No. CA-03-338 (E.D. Va. Sept. 24, 2004) (unpublished). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>